IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANDERSON GUSTAFSSON ADVOKATBYRA, KB, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>eSCRUB SYSTEMS INC., )<br>)<br>Defendants. ) | Civil Action No. 1:10-cv-632 |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated December 14, 2010 (Dkt. No. 58) recommending entry of default judgment against Defendant eSCRUB in favor of Plaintiff. Service of the Report and Recommendation was attempted to Defendant eSCRUB and was returned with undeliverable address (Dkt. No. 59). As of this date, the Defendant has not filed any objections to the Report and Recommendation. Based on a *de novo* review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge. Accordingly, it is hereby

ORDERED that judgment is entered in favor of Andersson Gustafsson, against Defendant eSCRUB in the amount of $174,603.28, plus prejudgment interest of 6% from the date payments were due until the entry of judgment.

It is further ORDERED that the Clerk of Court is directed to enter default judgment against Defendant.

Alexandria, Virginia
February 14, 2011



/s/
Liam O'Grady
United States District Judge