IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANDERSON GUSTAFSSON ADVOKATBYRA KB, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>eSCRUB SYSTEMS, INC., *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 1:10-cv-632 |

## ORDER

This matter comes before the Court on the Report and Recommendation (Dkt. No. 72) of the Magistrate Judge dated August 26, 2011, recommending that plaintiff's motion for default judgment against defendants Ralph D. Genuario ("Genuario") and Maija Harkonen ("Harkonen") be denied. Plaintiff filed an objection to the Magistrate Judge's Report and Recommendation on September 12, 2011.

The Court, having examined the objections to the Magistrate Judge's Report and having conducted a *de novo* review of the record in this case does hereby adopt and approve the findings and recommendation of the Magistrate Judge. Accordingly, it is hereby

ORDERED that plaintiff's motion for default judgment against Genuario and Harkonen is DENIED.

September 26, 2011
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge